# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DAMIAN LITTLE,

      Plaintiff,

   v.

GEISINGER HEALTH SYSTEM,
et al.,

      Defendants.

CIVIL NO. 4:26-CV-01847

(LATELLA, M.J.)

## ORDER

AND NOW, this 8th day of July, 2026, for the reasons set forth in our accompanying Memorandum and upon consideration of *pro se* Plaintiff Damian Little's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2), it is **HEREBY ORDERED** as follows:

1. The above-captioned action is consolidated with *Little v. Reinard*, No. 4:26-cv-01849;

2. Plaintiff shall file a consolidated pleading to this docket that includes all facts and legal claims he wishes to raise against Defendants Geisinger Health System, William Perry, M.D., Emma Kitko, PA-C, and Denise Bolden Reinard, RN on or before July 29, 2026;

3. **All future filings should be on this docket**; and

1

4. Plaintiff's Motion for leave to Proceed *In Forma Pauperis* is **GRANTED**, however, service of the Complaint shall be held in abeyance pending the filing of an amended consolidated pleading.

**/s/ Leo A. Latella**
Leo A. Latella
United States Magistrate Judge